UNITED STATES COURT of APPEALS
FOR THE FOURTH CIRCUIT

FILED ENTERED
LOGGED RECEIVED

JAN 29 2025

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY KL DEPUTY

UNITED STATES of AMERICA

V.

ERIC JORDAN

RDB-11-094

# Motion for A WRIT of MANDAMUS

Now Comes Petitioner, Eric Jordan Pro se, Submits this motion for A Writ of Mandamus. Because IAM in A deep state of Mental, Psychological, Emotional and Physical duress. Such has become A Grave Hardship due to the district Courts delay in making A Ruling on MY 2255 based on the Merits.

Petitioner, Eric Jordan 2255 Has Been Before the District Court for "YEARS".. The Brief's from Both the Government and Eric Jordan has Been in the District Court for Years and There are now Multiple Cases of Established and Settled Law that is 100% identicle and Applicable to Petitioner's Case.

IAM Humbly and Respectfully asking This Court to Request and/or Compel The District Court to make A Ruling on the Merits and Now Settled Law... In the words of SUPREME Court Justice Sotomayor "EVERY DAY THE COURT fails to Grant Relief is DEVASTATING"...

Petitioner, Jordan has a 17 Count indictment for Conspiracy to Commit Hobbs Act Robbery, 924(c), 922(g) and Aiding & Abetting. I was found guilty of the Conspiracy, three Hobbs Act Robberies, three 924(c) Counts, three Aiding & Abetting Counts, All of which are a direct Nexus to the Conspiracy and one Count of 922(g).

There was never an "Advance Knowledge" Jury instruction given... And it's clearly Both a Conspiracy and Aiding & Abetting Jury instruction together. making the 924(c) Counts now Void. and can furthermore be viewed as Ambiguous Jury instruction.

This Court also found that it was a Clear "Abuse of Discrection" by the trial court to deny Petitioner Jordan His Basic and Fundamental Right to testify in his own words. Which also rendered Petitioner Jordan the ineffective Assistance of trial Counsel for failing to object because no one can waive that Constitutional Right. And trial Counsel was/is a very, very well experienced Attorney who has over 40 Year's. And should know or should have known that Petitioner Jordan suffered greatly in this Regard as well...

Petitioner Jordan believes he is no longer Considered to be a felon in Possession of a firearm in light of Supreme Court Law in (Bruen.) Nor is he now Subjected to the ACCA enhancements Because his Prior Convictions were not Submitted to a Jury. Petitioner Jordan believes he should be entitled to so much Relief on his sentence alone, as well as the Constitutional Violations he's suffering due to this hardship.

Petitioner Jordan does not desire to be Redundant. it's just that this hardship has been and is Causing a deep state of duress so much that its causing a Rapid decline in my Physical Anatomy...

In closing I thank this Court in advance for its time, Attention and Consideration in Regards to this matter of such vital importance.

Respectfully Submitted,
Eric Jordan
__________________
Eric Jordan

## Certificate of Service

I hereby Certify That a Copy of this Petition on this 27th day of January, 2025 was mailed to: The Honorable Richard D. Bennett, United States District Judge. In The District Court for the District of Maryland, Northern Division 101 W. Lombard Street, Baltimore, Maryland 21201

Respectfully
Eric Jordan
__________________
Eric Jordan

Eric Jordan #53279037
Federal Correctional Institution
P.O. Box# 1000
Cumberland, Maryland
21501

BALTIMORE MD 212
27 JAN 2025 PM 2 L

___ FILED ___ ENTERED
___ LOGGED ___ RECEIVED

JAN 29 2025

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY DEPUTY

COURT SECURITY OFFICER
JAN 28 2024
INSPECTED BY

⇔53279-037⇔
Judge Richard D Bennett
101 W Lombard ST
U.S. District Court
Baltimore, MD 21201
United States

"LEGAL MAIL"

21201-261554

CR4

FCICUMBER

JAN

MA